TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF BROOKHAVEN, Respondent, *v.* EVELINA M. HAWKINS, Appellant.

*Trustees, etc., Town of Brookhaven* v. *Hawkins*, 169 App. Div. 963, affirmed.

(Argued November 23, 1917; decided December 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action of ejectment. The premises described in the complaint are a part of a locality known as West Meadows, which lies in the northwestern part of the town of Brookhaven, Suffolk county, bounded westerly by Smithtown bay or Long Island sound, and northerly, easterly and southerly by the main or upland, being about one and one-half miles in length on the westerly side. The plaintiff claimed title to the premises by reason of the Nicolls patent (1666) and the Dongan patent (1686), and a deed from the Indians (1675), never having conveyed said premises. The defendant claimed to own the same premises by a chain of title

beginning with the original allotment from the said trustees in 1720, and by adverse possession.

*Wilmot Y. Hallock* for appellant.

*George H. Furman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.